**Bruce E. Disenhouse, SBN 078760**
DISENHOUSE LAW APC
Mission Lake Center
3600 Lime Street, Suite 522
Riverside, California 92501
T: 951-530-3710
F: 951-543-4239
E: bruce@disenhouselaw.net

Attorneys for Defendant COUNTY OF RIVERSIDE on behalf of itself and erroneously sued herein as Riverside County Sheriff's Department, and CHAD BIANCO

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HUFFMAN, | CASE NO.: 5:21-CV-01887-JWH-SHK |
| Plaintiff, | Hon. John W. Holcomb |
| v. | NOTICE OF SETTLEMENT |
| COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, CHAD BIANCO, in his individual and official capacity, and DOES 1-10, Inclusive, | |
| Defendants. | |

The parties have reached a complete settlement of this lawsuit. It will take some time to complete the settlement agreement, provide the settlement check, and dismiss the lawsuit. The parties anticipate completing everything in the next 45 days.

The Court is requested to vacate the Pre-Trial Conference set for June 9, 2023, and the trial date of June 26, 2023, and set an Order to Show Cause for July 14, 2023, at 9:00 a.m. or a date and time of the Court's choosing.

Date: May 23, 2023                          DISENHOUSE LAW APC

                                            */s/ Bruce E. Disenhouse*
                                            _____
                                            BRUCE E. DISENHOUSE

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF RIVERSIDE** )

I, Brenda Laird, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 3600 Lime Street, Suite 522, Riverside, California 92501.

On May 23, 2023, I served or caused to be served the foregoing NOTICE OF SETTLEMENT on the interested parties by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California, addressed as follows and/or by one of the methods of service as follows:

**SEE ATTACHED SERVICE LIST**

___ **BY MAIL**: I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to C.C.P. 1013(a).

___ **BY FAX**: A copy of said document(s) was delivered by facsimile transmission to the addressee pursuant to C.C.P. 1013(e).

___ **BY ELECTRONIC SERVICE**: A copy of said document(s) was delivered by electronic transmission from (sender's email address) to the addressee(s) pursuant to California Code of Civil Procedure §1013(g), §1010.6(a), §1010.6(a)(2)(A)(ii), and/or §1010.6(e)(1) and (2) as amended September 21, 2020, at the email addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

___ **BY PERSONAL SERVICE**: I caused to be hand-delivered said document(s) to the office of the addressee, using an attorney service, pursuant to C.C.P. 1011.

___ **BY EXPRESS MAIL**: I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an Express Mail DropBox to be delivered the following business day pursuant to C.C.P. 1013(c).

_X_ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Pursuant to L.R. 5-3.2.1 and 5-3.2.2 the undersigned declares service has been affected by way of CM/ECF or via Mail service as indicated above.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on May 23, 2023, at Riverside, California.

*/s/ Brenda Laird*

BRENDA LAIRD

## MAILING LIST

*Huffman v. County of Riverside, et al.*
*Case Number 5:21-cv-01887-JWH-SHK*

**<u>Attorney for Plaintiff George Huffman</u>**
Ralph R. Rios
El Monte Law Group
11100 Valley Boulevard, Suite 115
El Monte, California  91731
T:  626-406-1032
F:  626-522-8520
E:  rrios@emlawgroup.com
E:  mespinosa@emlawgroup.com