JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HUFFMAN, | CASE NO.: 5:21-CV-01887-JWH-SHK |
| Plaintiff, | *Hon. John W. Holcomb* |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, CHAD BIANCO, in his individual and official capacity, and DOES 1-10, Inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties under Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED with prejudice** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

2. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Date: July 20, 2023

_____
HON. JOHN W. HOLCOMB